UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

VINCENT WHITE

Case Nos. 1:07-CR-162 and 1:13-T-CR-011

ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon motion by the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the United States Sentencing Commission, **IT IS ORDERED** that the motion is **DENIED WITHOUT PREJUDICE** because the defendant has not demonstrated that he has exhausted all administrative remedies as required in 18 U.S.C. § 3582(c)(1)(A). **(Doc. Nos. 241 & 53.)** The Clerk is directed to **TERMINATE** the Government's motion to dismiss. **(Doc. Nos. 242 & 54.)**

**IT IS SO ORDERED.**

Dated: July 27, 2020

UNITED STATES DISTRICT JUDGE