IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 117-011 |
| | * | CR 107-162 |
| VINCENT WHITE | * | |

## O R D E R

Before the Court is Defendant Vincent White's "Motion for Consideration" asking for a modification of his fee payment schedule.

According to the court record, Defendant owes $50 on his special assessment and $1500 on his fine in Criminal Case No. 117-011, and he owes $2900 on his fine in Criminal Case No. 107-162. The Judgment and Commitment Order in both cases provided that Defendant shall make payments of either quarterly installments of a minimum of $25 if working non-UNICOR or a minimum of 50 percent of monthly earnings is working UNICOR while in prison. Once released, Defendant is to make monthly payments of $50 in Criminal Case No. 117-011 and $100 in Criminal Case 107-162.

In Defendant's motion, he complains that he has been unable to work at all since the onset of the COVID-19 pandemic. He is also uncertain of his employment prospects once he is released in

February 2021. Defendant therefore moves for a suspension of all payments on his monetary obligations until "he becomes financially able to resume the process of payment." (Doc. No. 240, at 2.) The Government has not responded to the motion; thus, the Court assumes there is no objection.

The Court is unable to eliminate a fine obligation, but it may modify the payment schedule upon showing a material change in financial circumstances. Given the current unprecedented adverse effects that COVID-19 is having on the routine operations of the federal prison system, the Court hereby **ORDERS** that Defendant Vincent White's criminal monetary obligations are hereby **STAYED** until he is released from custody plus sixty (60) days. On the sixtieth day after his release, Defendant Vincent White's repayment obligation of $150 per month will recommence under the supervision of the United States Probation Office.

Upon the foregoing, Defendant's "motion for consideration" is **GRANTED IN PART** as set forth hereinabove.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE